UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24772-CIV-ALTONAGA/O'Sullivan

**DOUGLAS LONGHINI**,

    Plaintiff,
v.

**ADVANCE STORES COMPANY INCORPORATED**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On March 4, 2016, the Court entered an Order ("March 4 Order") [ECF No. 17] requiring the parties to file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by March 18, 2016. When the parties did not comply with the March 4 Order, the Court entered an Order on March 21, 2016 ("March 21 Order") [ECF No. 20], requiring the parties to file the documents by March 24, 2016. When Plaintiff, Douglas Longhini ("Plaintiff") still did not file his certificate of interested parties, the Court entered a third Order [ECF No. 24] on March 25, 2016, requiring him to do so by March 28, 2016, failing which the Court would dismiss the case without prejudice. Incredibly, Plaintiff has failed to comply with all three Orders. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED** without prejudice. The Clerk is instructed to **CLOSE** the case and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 29th day of March, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record